

MAR 24 2017

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § § | Case No. 2:15-cv-00351-~~JRG~~ |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| MOTOROLA MOBILITY LLC, | § § | |
| Defendant. | § § § § | |

## VERDICT FORM

In answering questions, you are to follow all of the instructions I have given you in this Court's Final Instructions to the Jury. Your answers to each questions must be unanimous.

As used herein, "SLC" means Saint Lawrence Communications LLC and "Motorola" means Motorola Mobility LLC.

As used herein:

- "'805 Patent" means U.S. Patent No. 6,795,805

- "'524 Patent" means U.S. Patent No. 6,807,524

- "'802 Patent" means U.S. Patent No. 7,151,802

- "'521 Patent" means U.S. Patent No. 7,260,521, and

- "'123 Patent" means U.S. Patent No. 7,191,123.

These five patents collectively are sometimes called the "asserted patents" or the "patents in suit."

**QUESTION 1:**

Did SLC prove by a preponderance of the evidence that Motorola infringes the following claims of the following patents?

Answer "Yes" or "No" for each Claim.

**'805 Patent**

    Claim 2      Yes

**'524 Patent**

    Claim 4      Yes

**'802 Patent**

    Claim 1      Yes

**'521 Patent**

    Claim 1      Yes

**'123 Patent**

    Claim 102    Yes

**QUESTION 2:**

Did Motorola prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid?

**If you find the claims invalid, answer "Yes," otherwise, answer "No."**

'805 Patent

　　Claim 2　　　No

'524 Patent

　　Claim 4　　　No

'802 Patent

　　Claim 1　　　No

'521 Patent

　　Claim 1　　　No

'123 Patent

　　Claim 102　　No

ANSWER QUESTION 3 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE PATENTS IN SUIT TO BE INFRINGED AND NOT INVALID.

**QUESTION 3:**

What sum of money, if paid in cash, do you find from preponderance of the evidence would reasonably compensate SLC for infringement of the asserted patents through the time of trial?

**Answer in dollars and cents.**

$ 9,177,483.00

IF YOU ANSWERED "YES" AS TO INFRINGEMENT FOR ANY OF THE ASSERTED CLAIMS IN QUESTION 1, THEN ANSWER THIS QUESTION. IF YOU DID NOT, THEN DO NOT ANSWER QUESTION 4.

**QUESTION 4:**

Did SLC prove by a preponderance of the evidence that Motorola's infringement was willful?

**Answer "Yes" or "No."**

_____Yes_____

Signed this 24 day of March, 2017.

5