**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SAINT LAWRENCE COMMUNICATIONS, LLC § § § | |
| v. § § | Case No. 2:15-cv-351- JRG |
| MOTOROLA MOBILITY, LLC § | |

**MINUTES FOR JURY TRIAL DAY FOUR
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
MARCH 23, 2017**

**OPEN:  8:40 a.m.**                                                          **ADJOURN:    6:03 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | (See attached.) |
| ATTORNEYS FOR DEFENDANTS: | (See attached.) |
| LAW CLERKS: | Travis Underwood<br>Eric Dunn |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Rosa Ferguson |

| TIME | MINUTES |
|---|---|
| 8:40 a.m. | Mr. Alavi and Mr. Dacus read their lists of exhibits used in trial the previous day. |
| | Mr. Dacus has offers of proof and inquired as to when or how to submit.  Court asked that a written version be filed. |
| | **LAUREN KINDLER** on the witness stand.   Witness previously sworn. |
| | **Jury seated in the courtroom.** |
| 8:43 a.m. | Mr. Friel requested that courtroom be sealed.   Court excused those not under the protective order. |
| | **COURTROOM SEALED.** |
| 8:44 a.m. | Direct examination of Ms. Kindler by Mr. Friel continued. |
| 9:47 a.m. | (Bench Conference held) |
| 9:57 a.m. | **COURTROOM UNSEALED.** |
| 9:58 a.m. | Cross examination of Ms. Kindler by Mr. Hill. |
| 10:06 a.m. | (Bench conference held) |
| 10:08 a.m. | Cross-examination continued. |
| 10:13 a.m. | Jury excused. |
| 10:14 a.m. | **Court in recess.** |
| 10:24 a.m. | **Trial resumed.**   (Bench conference held). |
| 10:27 a.m. | Jury seated in the courtroom. |

| | |
|---|---|
| 10:28 a.m. | Cross-examination of Ms. Kindler continued. |
| 11:22 a.m. | (Bench Conference held) |
| 11:24 a.m. | Redirect examination of Ms. Kindler by Mr. Friel. |
| 11:34 a.m. | Re-cross examination of Ms. Kindler by Mr. Hill. |
| 11:35 a.m. | Witness excused. |
| 11:35 a.m. | Mr. Dacus addressed the court on reading interrogatories and admissions into the record.   Court instructed the jury on admissions and interrogatories. |
| 11:36 a.m. | Mr. Drayton read interrogatories and admissions into the record. |
| 11:45 a.m. | **Defendant Motorola RESTS.** |
| 11:46 a.m. | **Court in recess for lunch.** |
| 12:51 p.m. | **Trial resumed.** |
| | Mr. Hill addressed the Court regarding matters that might need to be redacted. Court will entertain an agreed motion to redact. |
| | Mr. Hill addressed the Court on time limitations.   Court gave parties their remaining times:  1:10 for defendant and 0:36 for plaintiff.   Mr. Dacus responded.   Court expands time for plaintiff to 45 minutes and 1:19 for defendant. |
| 12:57 p.m. | **Jury seated in courtroom.** |
| 12:58 p.m. | Mr. Alavi called Dr. Gottesman |
| | **DR. ODED GOTTESMAN** on the witness stand.   Witness previously sworn. |
| 12:59 p.m. | Direct examination by Mr. Alavi. |
| 1:26 p.m. | Cross-examination by Mr. Brogan. |
| 1:47 p.m. | (Bench Conference held) |
| 1:49 p.m. | **Court in recess.** |
| 2:21 p.m. | **Trial resumed. Jury seated in courtroom** |
| 2:23 p.m. | Cross-examination of Dr. Gottesman continued. |
| 2:26 p.m. | (Bench conference held) |
| 2:27 p.m. | Cross-examination continued. |
| 2:48 p.m. | Redirect examination. |
| 2:50 p.m. | Re-cross examination. |
| 2:56 p.m. | **PLAINTIFF RESTS.** |
| 2:57 p.m. | Court dismissed them until 8:30 a.m.. |
| 2:58 p.m. | **Jury excused.** |
| | Court addressed the parties and gave an outline of the rest of the day proceedings. |
| | Witness excused. |
| 3:00 p.m. | **Court in recess.** |
| 3:21 p.m. | **Trial resumed.** |
| | Mr. Alavi will present JMOL on availability of pre-suit damages.   Mr. Drayton will present JMOL on no pre-suit damages, no damages, no infringement, and no willfulness. |
| 3:23 p.m. | Mr. Alavi presented Plaintiff's JMOL on pre-suit damages. |
| 3:27 p.m. | Mr. Drayton responded. Mr. Alavi presented argument on the marking issue. Mr. Drayton responded. |
| 3:32 p.m. | **Court denied JMOLs on pre-suit damages.** |

| | |
|---|---|
| 3:33 p.m. | Mr. Drayton presented Defendant's JMOL on no damages.   Mr. Alavi responded. Mr. Drayton replied.   Mr. Alavi further responded. |
| 3:40 p.m. | **Court denied JMOL on no damages.** |
| | Mr. Drayton presented Defendant's JMOL on no infringement.   Mr. Alavi responded.   Mr. Drayton replied. |
| 3:51 p.m. | **Court denied JMOL on non-infringement.** |
| | Mr. Drayton presented Defendant's JMOL on willfulness.   Mr. Alavi responded. |
| 3:54 p.m. | **Court denied JMOL on willfulness.** |
| 3:54 p.m. | Court in recess for 20 minutes. |
| 4:30 p.m. | Informal – In-chambers charge conference. |
| 5:00 p.m. | End of conference. |
| 5:53 p.m. | **Trial resumed.** |
| | Court addressed the parties regarding the previous in-chambers conference. |
| 5:55 p.m. | Formal Charge Conference.   Mr. Eutermoser addressed the Court on objections on jury instructions and verdict form.   All objections overruled. |
| | Court addressed the parties on the Court's jury instructions.   Court will begin at 8:30 tomorrow morning and outlined the schedule. |
| 6:03 p.m. | Court adjourned for the day. |