IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |  |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § § § | |
| *Plaintiff*, | § | Civil Action No. 2:15-cv-351-JRG |
| v. | § § | |
| MOTOROLA MOBILITY LLC, | § § | |
| *Defendants*. | § | |

## **FINAL JUDGMENT**

The Parties selected a jury on March 3, 2017, and a trial before that jury commenced on March 20, 2017. The jury returned a unanimous verdict finding willful infringement and also finding that the claims in suit were not invalid. (Dkt. No. 34.) After the close of evidence, and while the jury was deliberating, the Court provided the parties an opportunity to present evidence and argument in support of and in opposition to, as appropriate, any equitable defenses urged by Defendant. At that time, the Parties agreed not to present any evidence or argument orally to the Court, electing instead to submit the issues to the Court on the papers. (Dkt. No. 58, 3/24 Trial Tr. at 3:22–4:14.) Thereafter, the Court issued an Order setting forth the post-trial briefing schedule on all outstanding issues, including Motorola's equitable defenses. (Dkt. No. 72.) The Court also granted the parties' request for additional briefing on said equitable defenses. (Dkt. No. 85.) Concurrently herewith, the Court issues its Findings of Fact and Conclusions of Law denying such defenses.

Thus, pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendant Motorola Mobility LLC ("Defendant" or "Motorola") infringes claim 2 of U.S. Patent No. 6,795,805; claim 4 of U.S. Patent No. 6,807,524; claim 1 of U.S. Patent No. 7,151,802; claim 1 of U.S. Patent No. 7,260,521; and claim 102 of U.S. Patent No. 7,191,123.

2. Claim 2 of U.S. Patent No. 6,795,805; claim 4 of U.S. Patent No. 6,807,524; claim 1 of U.S. Patent No. 7,151,802; claim 1 of U.S. Patent No. 7,260,521; and claim 102 of U.S. Patent No. 7,191,123 are not invalid.

3. Plaintiff Saint Lawrence Communications LLC ("Plaintiff" or "SLC") is hereby awarded compensatory damages against Defendant Motorola and shall accordingly have and recover from Motorola the sum of $9,177,483.00 U.S. Dollars, which amount is a running royalty calculated through March 6, 2017. Said running royalty shall continue, at the rate of $0.39 per infringing unit, from March 6, 2017 until expiration of the asserted patents.

4. As more fully explained in the Court's accompanying Order issued in conjunction herewith, the Court hereby declines to enhance the damages awarded by the jury despite the finding of willfulness.

5. Pursuant to 35 U.S.C. § 284, the Court awards SLC pre-judgment interest from Motorola, calculated at the five year U.S. Treasury Bill rate, compounded monthly,

adjusting the effective rate with each and every change in said five year U.S. Treasury Bill rate from the date of the infringement.

6. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, SLC is the prevailing party in this matter and is entitled to recover its costs from Motorola. SLC is directed to file its Bill of Costs with the Clerk.

7. Pursuant to 28 U.S.C. § 1961, the Court awards Plaintiff post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid.

8. SLC is also awarded supplemental damages, which are reflected in paragraph 3 above.

Accordingly, the Clerk is directed to **CLOSE** the above referenced case. With the exception of SLC's Motion for Finding of Exceptional Case Under 35 U.S.C. § 285 (Dkt. No. 76), all other pending motions as between Plaintiff SLC and Defendant Motorola in this case that have not previously been addressed by the Court are hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 8th day of December, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE